# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Hadyn Logan and Jon Pagh,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:11cv158

L-3 Communications Vertex Aerospace LLC,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2012 Order.

                                               Signed: September 30, 2012

                                               Frank G. Johns, Clerk
                                               United States District Court